CV-16-HA-0036-NE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

FILED
2016 JAN -8 P 4: 36
U.S. DISTRICT COURT
N.D. OF ALABAMA

Inmate Identification Number:

33010

Marcus Jerome Echols

(Enter above the full name of the plaintiff
in this action)

> NOTICE TO FILING PARTY
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Morgan County Sheriff Anna Franklin

Morgan County Jail Warden Leon Bradley

Morgan County Jail Administrator Larry Burzzet

Morgan County Detention Officer Lee

(Enter above full name(s) of the defendant(s)
in this action)

Previous lawsuits

A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )      No (X)

B. If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff: _____

_____

Defendant(s): _____

_____

2

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement  Morgan County Jail in Decatur, Alabama

   A. Is there a prisoner grievance procedure in this institution?
      Yes (X)     No ( )

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?     Yes ( )     No (X)

   C. If your answer is YES:

      1. What steps did you take? _____

      2. What was the result? _____

   D. If your answer is NO, explain why not: Fear of Retaliation by some guards who are highly aggressive who announce as soon as they come on that they're in a bad mood. Some but not all constantly seek to revoke privileges

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Marcus Jerome Echols

Address Morgan County Jail D5, 119 Lee St. NE, Decatur, AL 35601 - *Jail 1/2/16 - current date
92 Gordon Drive, Moulton, AL 35650 - *Home Address

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant _____

Is employed as A Detention Officer/Warrant Officer

at Morgan County Jail

C. Additional Defendants ①Morgan County Sherriff Anna Franklin, ②Morgan County Jail Warden Leon Bradley, ③Morgan County Jail Administrator Larry Burzzet

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

On 12/6/15 the 10 gallon water cooler in D5 was removed because on 12/5/16 inmates had called the 'tower' because the water was out at which time a guard (maybe Amerson) told them to fill it up in the shower and so they did. The next day Officer Lee removed the cooler + informed us he was taking it for a week because it was filled up without a detention officer present even though they were told to go ahead and fill it. One week later on 12/13/15 it was extended another

4

week because of the noise level after "rack down" 10 p.m. So the time of the "water cooler priveledge" was taken was from December 6th - 20th 2015. Other good/honorable officers tried to locate the cooler but it was hidden from them as well. Other officers mainly Peevetz stated that anytime a privilege is taken for more than 3 days the Warden (Bradley, Leon) had to be notified and he wasn't and futhermore no paper trail was in place to show why it was/why it was taken. We were told to get water from the sink.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want Morgan County Jail to pay in full all attorney fees concerning this case. I want "water" to be designated as a "right" and not a "privledge" and for it (water) to be from a sanitary source not a toilet sink at "penis level" and not taken from 10 p.m. - 8 a.m. If water can't remain then I want it ordered that the toilet fountian be redesigned in such a way that when men urinate & shake themselves it doesn't flop all over the toilet fountian opening. I want the court to award me a fair financial award for cruel & unusual punishment, humiliation and dehumanization as the court sees fit & proper! A very strong anti-retailiation provision for inmates who file lawsuits/grievences.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1/6/16__ .

_Marcus Lrae Salie_
SIGNATURE

ADDRESS  Morgan County Jail D5
         119 Lee St. NE, Decatur, AL 35601

Home Address: 92 Gordon Drive
              Moulton, Alabama 35650

AIS # _____

Clerk Harris:

RECEIVED
2016 JAN 8 PM 12:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

Enclosed is the last commissary account of a Morgan County inmate that bought the commissary as well as the Resident Account Summary during commissary distribution. I informed the inmate trustee over commissary that the "Information Regarding Prisoner Accounts" had to be signed by an Authorized Officer of Morgan County Jail. It was at this time he informed me that this Resident Account Summary would have to do because: "Seargent Kelsoe refused to sign it because he didn't want to get involved" which was odd because everytime inmates had questions to address them to a "Officer Kelly." This is just my opinion but may hints because Mr. Kelsoe has aspirations to run for Sheriff, just my opinion. On other matters I have missing mail from about 15 days from the date of this letter. Maybe because someone told me that the incoming had to be on a "postcard" but the contents of my mail was legal documents. Also it's been well over a month approaching a month 1/2 since I requested a lawyer for my 1/21/16 court appearance and no answer yet. I requested to DHR case worker, District Court Clerk and the judge in the case via "Jail Hand Mail" but still no answer! I truly believe they're waiting to grant my request at the hearing only to send me back to jail at $15.00 per day with another court date. My arrest date is 11/21/15 thru to my 1/21/16 court appearance. I document everything. So what measures do I take if I experience retaliation from filing these papers! "Please note my home address.": Marcus J. Echols
92 Gordon Drive
Moulton, AL 35650

Please Turn Over
↓

This is the best picture I can render of the urinal fountain. Theres two in each cell Pod with inmates using one for defecation and the other for urination. The one used for defecation has the sink fountain in the normal position to wash hands and has both hot/cold buttons. The one used for urination has only one button for cold water and the spout is turned upside down with lower water pressure because the water has to rise over the opening. The spout is even level with the average man standing at it and when urination is finished and prier "naturally" shakes off the excess urination it flops all over the sink, spout and even the mirror.



Labels: Toilet Paper Holder, upside down spout, sink, cold water button, flush button, drain, 3 ft or less, Toilet Water

Guards have praised my actions here like alerting them to an inmate suffering from mental illness, stopped two fights, cut-shave inmates for free, and got inmates to come forward when the whole Pod was about to be punished, etc. I even get to serve food 3 days a week & get extra trays. I tossed and turned all night last night but came to the conclusion that it's best to do what's right for a thing than to worry about my own perks!