FILED
 2016 Mar-04  PM 02:42
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MARCUS JEROME ECHOLS, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> SHERIFF ANNA FRANKLIN, ) <br> et al., ) <br> ) <br> Defendants ) | Case No.  5:16-CV-00036-MHH-HGD |

## ORDER TO SHOW CAUSE

On January 8, 2016, plaintiff Marcus Jerome ECHOES, then a Morgan County Jail inmate, filed a complaint pursuant to 42 U.S.C. § 1983.  (Doc. 1).  On the same date, the plaintiff filed a computer generated print-out that appears to be a statement of his jail account.  (Doc. 2).  On January 11, 2016, the plaintiff directed a letter to United States District Court Clerk Sharon Harris purporting to answer questions he "missed . . . in the application to proceed *in forma pauperis*" after he "had already sent out the packet."  (Doc. 3).  However, the plaintiff did not file a formal application to proceed *in forma pauperis*, and the letter is not sworn to under oath or penalty of perjury.

On January 20, 2016, the plaintiff notified the court of his release from custody. (Doc. 5). He is therefore **ORDERED** to show cause in writing and under oath within thirty (30) days from the date this order is entered as to why he should not be required to pay the $350.00 filing fee and the $50.00 administrative fee to proceed with the case, with such payment to be made within ninety (90) days from the date this order is entered. The plaintiff must, at a minimum, complete and sign the attached Response to Order to Show Cause. The plaintiff is **ADVISED** that unless he responds to this order within thirty (30) days from the date the order is entered, this action may be **dismissed without further notice**.

The Clerk is DIRECTED to serve a copy of this Order and the attached Response to Order to Show Cause upon the plaintiff.

**DATED** this 4th day of March, 2016.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE