FILED
2016 Apr-04 PM 02:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

|  |  |  |
|---|---|---|
| MARCUS JEROME ECHOLS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 5:16-cv-00036-MHH-HGD |
| | ) | |
| SHERIFF ANNA FRANKLIN, et al., | ) | |
| | ) | |
| Defendants | ) | |

### RESPONSE TO ORDER TO SHOW CAUSE

In response to the Court's Order to Show Cause, plaintiff provides the following personal and financial information.

A.  Plaintiff's full name: _Marcus Jerome Echols_

Present mailing address: _92 Gordon Drive_
_Moulton, Alabama 35650_

Telephone (if any): _256.341.8274_

B.  Are you presently employed?  Yes _____  No ✓

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages.

Name and Address of Employer: _N/A_

Weekly Earnings:  $ _0_

If you are not presently employed, give the name and address of your last employer, when you last worked, and the amount of the weekly salary or wages you were receiving.

Name and Address of Employer: _Alabama A+M University, 4900 Meridian Street Huntsville, Alabama_

Date last worked: _May 15, 2011_

Weekly Earnings:  $ _2,500/monthly_

If you are not presently employed, explain to the Court how your shelter and meals are provided. _I live with my grandmother and don't have to pay any rent and on 3/30/16 I applied for food stamps._

C. Approximately how much money have you received in the past twelve months:

(1) as wages, salary, commissions, or earned income of any kind? $ _____

(2) as interest, dividends, rents, or investment income of any kind? $ _____

(3) as gifts or inheritance? $ _____

(4) from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ _-O-_

(5) from pensions, annuities, workmen's compensation, disability, or other insurance policies? $ _O * I've applied for SSI/disability_

(6) from all other sources? $ _O_

D. How much money do you own or have in any checking or saving accounts? $ _O_

E. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)?     Yes _____   No _✓_

If the answer is "yes," describe the property and state its approximate value: _____

_____

_____

F. How much money do you owe to others? $ _150,000 +_

As to each debt of over $100.00, state the name of the creditor and the approximate amount owed:

_Alabama DHR - $10,000_

_Decatur Morgan Hospital - $10,000_

_Huntsville Heart Center - $8,000_

G. List the persons who are dependent upon you for support, stating your relationship to them and how much you contribute each year toward their support.

_Marcus Perry Echols - $2,328.00_

_Asa Echols - $3,900_

_Savanna R. Jones - $1,392.00_

H.     Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?     Yes _____     No  ⌐

If the answer is "yes," provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly earnings:     $ _____

Name: _____

Relationship: _____

Employer: _____

Weekly earnings:     $ _____

I.     Provide any additional information that you believe supports your claim that you cannot financially afford to pay court fees, costs, or security.

*While incarcerated I suffered a severe heart attack on 1/16/16 Resulting in 3 heart stents and I'm currently in cardiac rehab 3 days a week and can't lift more than 5 pounds and unable to work.*

(Attach additional sheets as needed)

**I do declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.**

Dated: _3/30/16_

_____
Signature