# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MARCUS JEROME ECHOLS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:16-cv-00036-MHH-HGD |
| ) | |
| SHERIFF ANNA FRANKLIN, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

## ORDER

At the time of the filing of the complaint, plaintiff Marcus Jerome Echols was incarcerated in the Morgan County Jail and thus subject to the Prison Litigation Reform Act of 1995. The plaintiff also filed an application to proceed *in forma pauperis*, but was released from jail soon thereafter. (Docs. 3 & 5). The court ordered the plaintiff to supply information about his ability to pay the balance of the filing fee to continue this action. (Doc. 7). The plaintiff submitted information (doc. 8) from which the court has determined that he is indigent. The court concludes the plaintiff should be allowed to proceed *in forma pauperis*.

The Clerk is DIRECTED to TERM document 3 and to send a copy of this order to the plaintiff.

**DATED** this 21st day of April, 2016.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE