# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| MARCUS JEROME ECHOLS, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 5:16-cv-00036-MHH-HGD |
| ) | |
| SHERIFF ANNA FRANKLIN, ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

## ORDER

The plaintiff has moved for appointment of counsel. (Doc. 10). However, no constitutional right to counsel exists in a civil case. *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999). The appointment of counsel in a civil matter is a privilege justified only by exceptional circumstances, such as novel or complex litigation. *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990); *Vickers v. Georgia*, 567 Fed. App'x 744, 749 (11th Cir. 2014). The plaintiff's claims are neither novel nor complex and, therefore, appointment of counsel is not warranted at this time. Accordingly, the motion for appointment of counsel is **DENIED** without prejudice.

The Clerk is **DIRECTED** to serve a copy of this Order on the plaintiff and upon counsel of record.

**DATED** this 16th day of May, 2016.

_____
HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE