IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

ALABAMA NORTHEASTERN DIVISION

FILED
2016 AUG 22 A 11: 47
U.S. DISTRICT COURT
N.D. OF ALABAMA

MARCUS JEROME ECHOLS,

        Plaintiff        Case No. 5:16-cv-00036-MHH-HGD

Vs.

SHERIFF ANNA FRANKLIN, et al.,

        Defendants

Motion for Access to Certain Records before or during the Discovery Phase:

1. Copy of my arrest warrant.
2. Copy of my medical records from Morgan County healthcare provider Quality Correctional Health Care that include medications I was given and Dr. or RN prescribing them and all blood pressure readings taken along with the amount of medications I was given. I want my complete medical file from 11/120/2016- 1/16/16.
3. Copy of Food Menu from 11/20/16-1/16/16
4. All Grievance forms I submitted and the outcomes of those grievances.
5. Summary of cases against Quality Correctional Health Care for refusing, delaying and or denying medical care to inmates.

Respectfully,

_____