FILED

2017 Apr-29  AM 10:32
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| MARCUS JEROME ECHOLS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | Case No.  5:16-cv-00036-MHH-HGD |
| | ) | |
| SHERIFF ANNA FRANKLIN, | ) | |
| et al., | ) | |
| | ) | |
| Defendants | ) | |

## FINAL JUDGMENT

In accordance with the memorandum opinion entered contemporaneously with this order and with Rule 58 of the Federal Rules of Civil Procedure, the Court **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies pursuant to 42 U.S.C. §1997e(a).  The Court advises Mr. Echols that the dismissal of this action is a dismissal countable for purposes of 28 U.S.C. § 1915(g).

Costs are taxed to Mr. Echols.

For information regarding the cost of appeal, please see the attached notice.

DONE and ENTERED this 29th day of April, 2017.

MADELINE HUGHES HAIKALA
U.S. DISTRICT JUDGE